**From: The District Court of the 20th Judicial District.
County of Lake.**

STATE OF MONTANA,
Plaintiff,                                      No. DC-02-78
vs.                                             Decision

**KEVIN G. RUNNING CRANE,**
**Defendant,**

On September 26, 2002, the defendant was sentenced to five (5) years in the Montana State Prison, with three (3) years suspended, for the offense of Partner or Family Member Assault, a felony.

On March 6, 2003, the defendant's application for review of that sentence was heard by the Sentence Review Division of the Montana Supreme Court.

The defendant was present and was represented by Ben Anciaux. The state was not represented.

Before hearing the application, the defendant was advised that the Sentence Review Division has the authority not only to reduce the sentence or affirm it, but also increase it. The defendant was further advised that there is no appeal from a decision of the Sentence Review Division. The defendant acknowledged that he understood this and stated that he wished to proceed.

Rule 17 of the Rules of the Sentence Review Division of the Supreme Court of Montana provides that "the sentence imposed by the District Court is presumed correct, and the sentence will not be reduced or increased unless it is deemed clearly inadequate or excessive." (§46-18-904(3), MCA).

The Division finds that the reasons advanced for modification are insufficient to hold that the sentence imposed by the District Court is inadequate or excessive.

Therefore, it is the unanimous decision of the Sentence Review Division that the sentence shall be affirmed, with the added provision that any issues pertaining to credit for jail time served appeared to the Division to be legal issues, to be raised by the defendant elsewhere.

Done in open Court this 6th day of March, 2003.

DATED this 28th day of March, 2003.

Chairperson, Hon. Katherine R. Curtis, Member, Hon. Marc G. Buyske and Member, Hon. Gary L. Day.